**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00192-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MICHAEL C. CORDERO,

       Defendant.

---

### ORDER TERMINATING PROBATION

---

      The Court having been notified by the Probation Office that on June 23, 2010, the above-referenced defendant was declared deceased, it is, therefore,

      ORDERED that the term of probation be terminated.

      DATED at Denver, Colorado, this 1st day of July, 2010.

                          BY THE COURT:


                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL
                          Chief United States District Judge